UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD ARIFUR RAHMAN SIBLY, | CASE NO. C25-2465-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant(s). | |

This matter comes before the Court on its own motion. Plaintiff Mohammad Arifur Rahman Sibly, proceeding pro se, filed an application to proceed *in forma pauperis* ("IFP") and proposed complaint in this Court on December 3, 2025. Dkt. No. 1. The Court notified Sibly of multiple filing deficiencies, including that he submitted the incorrect IFP application, omitted a civil cover sheet, and that his filing lacked a proper signature. Dkt. No. 2. The Court directed Sibly to provide a signature to the Clerk's office by December 19, 2025, and to correct his IFP application by January 5, 2026. *Id.* The Court warned Sibly that failure to timely file his corrections could result in dismissal of his case. *Id.*

To date, Sibly has neither provided a proper signature nor made corrections to his IFP application.

ORDER TO SHOW CAUSE - 1

As such, the Court ORDERS Sibly to show cause as to why this case should not be dismissed without prejudice for failure to prosecute no later than February 10, 2026. *See* Fed. R. Civ. P. 41(b).

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2