UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD ARIFUR RAHMAN SIBLY, | CASE NO. C25-2465-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant(s). | |

The Court previously ordered Plaintiff to show cause no later than February 10, 2026 why his claims should not be dismissed without prejudice for failure to prosecute, and Plaintiff did not respond to that order by the deadline. Dkt. No. 3. Accordingly, the Court DISMISSES Plaintiff's claims without prejudice and the clerk is directed to administratively close this case.

Dated this 11th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1